PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
NOV 01 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Christopher Randall Erickson**

**Docket No. 0:00CR00285-002(ADM)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Christopher Randall Erickson** who was sentenced for Assault with a Dangerous Weapon on March 29, 2001, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol; drug and alcohol aftercare; and mental health aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants.

The defendant admitted that he has been consuming alcohol, sometimes for days at a time, since May 2007. The defendant's girlfriend advised that the defendant began drinking shortly after they moved to the Red Lake Reservation in April 2007. She advised there have been times when he would leave home on a Thursday and not return until Sunday.

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On October 24, 2007, the defendant reported that he had used marijuana for two days during the previous week. He advised that he took a drug test that day which would most likely return positive.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
NOV 01 2007
U.S. DISTRICT COURT MPLS

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 31st day of October, 2007, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer
Telephone: 218-333-0554

Executed on October 26, 2007
Place Bemidji

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission