Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Christopher Randall Erickson

Docket No. 0:00CR00285-002(ADM)

**HEARING WAIVER**

I, Christopher Randall Erickson, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed:

Christopher Randall Erickson
Supervised Releasee

Dated: 10-24-07

Witness:

Joan L. White
U.S. Probation Officer

SCANNED
NOV 01 2007
U.S. DISTRICT COURT MPLS