PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
MAY 09 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Christopher Randall Erickson**

**Docket No. 0:00CR00285-002(ADM)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Christopher Randall Erickson** who was sentenced for Assault with a Dangerous Weapon on March 29, 2001, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol; drug and alcohol aftercare; and mental health aftercare

90 days community corrections center (modified on October 31, 2007, for alcohol and marijuana use)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On April 8, 2008, the defendant submitted a drug test which was positive for marijuana. The defendant admitted smoking marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 90 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 8th day of May, 2008, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Joan L. White
Senior U.S. Probation Officer
Telephone: 218-333-0554

Executed on May 7, 2008
Place Bemidji

SCANNED
MAY 10 2008
U.S. DISTRICT COURT MPLS

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission