Prob 49

**FILED BY CLERK OF COURT**

RECEIVED
MAY 09 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Christopher Randall Erickson

Docket No. 0:00CR00285-002

# HEARING WAIVER

I, Christopher Randall Erickson, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 90 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility.

Signed: [signature]
Christopher Randall Erickson

Witness: [signature]
Joan L. White
U.S. Probation Officer

Dated: 5-7-08