PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JUN 06 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Christopher Randall Erickson**

**Docket No. 0:00CR00285-002(ADM)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Christopher Randall Erickson** who was sentenced for Assault with a Dangerous Weapon on March 29, 2001, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol; drug and alcohol aftercare; and mental health aftercare

90 days community corrections center (modified on October 31, 2007, for alcohol and marijuana use)

90 days residential re-entry center (modified on May 8, 2008, for marijuana use)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants.

On May 15, 2008, a Minnesota State Patrol officer stopped a vehicle driving without its headlights on. The defendant was the driver of the vehicle. Upon speaking with the defendant, the officer suspected alcohol use and requested that the defendant take a PBT and field sobriety tests. The defendant failed both and was arrested. Two breath samples were later administered with a result of .16. On May 19, 2008, the defendant appeared in Clearwater County District Court in Bagley, Minnesota, and pled guilty to Fourth Degree DWI. He was sentenced to 365 days jail with 363 days stayed and placed on supervised probation for 2 years. He was ordered to pay a fine of $1,000 with $600 stayed and $82 in court costs for total court obligations of $482.

SCANNED
JUN 09 2008
U.S. DISTRICT COURT

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 90 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility. This is in addition to the 90 days ordered on May 8, 2008, for a total of 180 days.

ORDER OF THE COURT

Considered and ordered this 6th day of June, 2008, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
Senior U.S. Probation Officer
Telephone: 218-333-0554

Executed on June 5, 2008
Place Bemidji

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission