Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Christopher Randall Erickson

Docket No. 0:00CR00285-002

## HEARING WAIVER

I, Christopher Randall Erickson, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside for a period of 90 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility. This is in addition to the 90 days ordered on May 8, 2008, for a total of 180 days.

Signed:

Christopher Randall Erickson

Witness:

Joan L. White
U.S. Probation Officer

Dated: 6-4-08

SCANNED
JUN 09 2008
U.S. DISTRICT COURT MPLS